# EXHIBIT A

# FAIRFAX CIRCUIT COURT
## CIVIL CASE COVERSHEET     2020    11572

**Parties:**

| Plaintiffs | Defendants |
|---|---|
| 1. LENDTERRA, INC. | 1. FIRST TITLE, INC. |
| 2. | 2. |
| 3. | 3. |

FILED CIVIL INTAKE
2020 AUG -6 PM 12:57
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

*Plaintiff proceeding without Counsel – Address and Daytime Phone Number required on Complaint

**Plaintiff Attorney:**

- Name: Kevin Hildebeidel
- Bar ID: 35645
- Firm: Cohn Goldberg Deutsch LLC
- Street: 600 Baltimore Ave. Ste 208
- City: Towson   State: MD   Zip: 21204
- Phone Number: 410-296-2550
- Fax Number: 410-296-2558
- E-mail Address: khildebeidel@cgd-law.com

**Nature of Complaint** (Check only one)    * Cases in the Civil Tracking Program

| | | |
|---|---|---|
| Administrative Appeal | Defamation * | Malpractice – Medical * |
| Affirmation of Marriage | Delinquent Taxes * | Mechanics/Vendors Lien * |
| Aid & Guidance | Eminent Domain | Partition * |
| Appeal Decision of Board of Zoning | Encumber/Sell Real Estate | Personal Injury – Assault * |
| Appeal of Process/Judicial Appeal | Erroneous Assessments | Personal Injury – Auto * |
| Appointment Church/Organization Trustees | Expungement | Personal Injury – Emotional * |
| Arbitration | False Arrest/Imprisonment* | Personal Injury – Premises Liability* |
| Attachment | Fiduciary/Estate Complaint | Property Damage* |
| Complaint – Equity * | Garnishment–Federal–180 days | Products Liability* |
| Complaint – Legal Cause of Action * | Garnishment–Wage–180 days | Quiet Title * |
| Compromise Settlement | Garnishment–Other – 90 days | Real Estate * |
| Condemnation* | Guardian/Conservator Adult | Restoration of Driving Privilege |
| Confession of Judgment | Guardianship/Minor | Vital Record Correction |
| Construction * | Injunction | Writ Habeas Corpus |
| Contract * | Interpleader | Writ Mandamus |
| Conversion* | Insurance * | Wrongful Death* |
| Court Satisfaction of Judgment | Judicial Review | Wrongful Discharge * |
| Declare Death | Malicious Prosecution * | ✓ OTHER: DETINUE |
| Declaratory Judgment * | Malpractice – Legal * | |

Damages in the amount of $ 2,000,000.00 are claimed.

Requested Service: Sheriff ☐  Private Process Server ✓  DMV ☐  Secretary of Commonwealth ☐
State Corporation Commission ☐  Publication ☐  No Service at this time ☐

CCR D-90 Civil Coversheet  (Revised – October 2011)

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | |
|---|---|
| LENDTERRA, INC., <br>     Plaintiff, <br><br> v. <br><br> FIRST TITLE, INC., <br>     Serve: Sandy Bacon, Reg. Agent <br>           10109 Mindy Ct. <br>           Fredericksburg, VA 22408 <br><br>     Defendant. | Case No. **2020 11572** |

### VERIFIED COMPLAINT

COMES NOW, your Plaintiff LendTerra, Inc. by undersigned counsel, and files this Verified Complaint alleging the unlawful detainer of personal property and seeking specific performance by Defendants, and in support thereof, states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff LendTerra, Inc. is an Arizona corporation engaged in business lending.

2. Defendant First Title Inc. holds itself out as an escrow, title and settlement company and is a Virginia licensed title producer and title settlement agency with a principal place of business located at 10109 Mindy Ct, Fredericksburg, VA 22408.

3. Sandy Bacon is the Vice-President and registered agent for First Title Inc., also at 10109 Mindy Ct, Fredericksburg, Virginia 22408, and purported to act on behalf of First Title herein.

4. Navy Federal Credit Union ("Navy Federal") is a Federal credit union with a principal place of business located at 820 Follin Lane, SE, Vienna, Virginia 22180 which is within Fairfax County. Navy Federal is holding certain personal property in the amount of two million

dollars ($2,000,000.00) which is the subject of this proceeding because First Title Inc. and Sandy Bacon directed the funds be sent there as more fully set forth below.

5. This Court has jurisdiction over all parties hereto and the subject matter raised herein.

6. Venue is proper before this Court.

## FACTS COMMON TO ALL COUNTS

7. On June 15, 2020 Brian Davis and First Title Inc. entered into an Escrow Agreement ("the Agreement") attached as Exhibit 1.

8. Under the terms of the Agreement and the Rider, Plaintiff was to deposit certain funds into escrow with First Title, Inc. to be held by First Title Inc. as Escrow Agent ("the Escrow Agent") for a specified term not exceeding thirty (30) days from the date of the Agreement.

9. The Agreement specifically recited it would terminate on July 15, 2020 and time was of the essence in the transaction.

10. The terms of the Agreement called for certain legal fees and origination fees to be paid upon Lender's compliance with its' obligations; to-wit: providing funds for the escrow.

11. The Agreement further called for the funds to be returned in the event of default or at the conclusion of the time period.

12. The Agreement was signed by Sandy Bacon as authorized agent for First Title Inc.

13. In connection with the Agreement, Sandy Bacon furnished documents purporting to show First Title Inc. and Sandy Bacon were covered by liability, error and omissions insurance.

14. On or about June 16, 2020 two wires totaling two million dollars ($2,000,000.00) were sent to the Escrow Agent's account at Navy Federal Credit Union in Vienna, Virginia pursuant to the terms of the Agreement and the Escrow Agent's directions.

15. The institution to which the funds were sent, Navy Federal, is located in Fairfax County, Virginia.

16. The wires aforesaid satisfied Plaintiff's obligations however none of the fees aforesaid were disbursed by Defendant.

17. Demand was made upon Defendant to comply with the Agreement on July 24, 2020 and thereafter, see Exhibit 2 and Exhibit 3, however no response has been received from Defendant.

18. The fees aforesaid remain unpaid.

19. The escrowed funds have not been returned despite repeated demands and in spite of the contractual obligation to return the funds upon default or the expiration of the time of the Agreement.

**Count I – Detinue With Pretrial Seizure, Attachment or Injunction**

20. The foregoing allegations are incorporated hereto.

21. Defendants, singly and in combination, are unlawfully withholding personal property in the amount of two million dollars ($2,000,000.00) from Plaintiff, all of which are obligated to be returned under the clear terms of the Agreement.

22. No lawful basis has been provided by Defendants for their refusal to return funds and there is no lawful basis as the funds were specifically escrow funds.

23. Defendant's continuing and unexplained refusal to communicate with regard to the property aforesaid leads to the conclusion that they either intend to remove or are removing the specific property, are converting the property, attempting to hinder, delay or defraud Plaintiff, or may abscond or are about to abscond with the property or may conceal themselves or the property to the injury of Plaintiff all within the meaning of the Code of Virginia §8.01-534.

24. Inaction herein will result in the removal, secretion or disposition of the property by Defendant so as to render the property unavailable or not forthcoming to answer the final judgment of the Court respecting the same.

25. Pretrial attachment, seizure or injunctive relief is necessary and appropriate to avoid irreparable harm as set forth above.

26. Virginia Code permits the property to be delivered to Plaintiff to be held *pendente lite* under Code §8.01-114 A. 3.

27. Failure to act herein may cause the irreparable loss of the property at issue and great harm to Plaintiff while creating a windfall for Defendants.

WHEREFORE, the foregoing premises considered, your Plaintiff moves this Court to:

A) Order pretrial attachment of the funds at issue and transfer of the funds to Plaintiff be held *pendente lite* on statutory or equitable grounds as appropriate; or

B) Order the Sheriff to seize the funds at issue and to hold the funds for such further disposition as may be merited by the Court; or

C) Issue emergency, temporary, pretrial and permanent injunctive relief prohibiting transfer or removal of the funds from the County under penalty of contempt of court and to impose the same upon the principals of First Title Inc. personally to assure compliance.

D) Award Plaintiff their costs and reasonable attorney's fees incurred herein.

**Count II – Specific Performance**

28. The foregoing allegations are incorporated hereto.

29. Defendant is in breach of the terms of the Agreement.

30. Plaintiff seeks specific performance of the terms of the Agreement relating to default and nonperformance including without limitation, the return of the funds to Plaintiff.

WHEREFORE, the foregoing premises considered, your Plaintiff moves this Court to:

E) Order Defendant to return the funds to Plaintiff.

F) Award Plaintiff their costs and reasonable attorney's fees incurred herein.

Respectfully Submitted
LENDTERRA INC.
By Counsel
Cohn Goldberg Deutsch LLC

_____
Kevin Hildebeidel, Esq. VSB# 35645
600 Baltimore Ave., Ste. 208
Towson, MD 21204
(410) 296-2550 x3006
(410) 296-2558 (fax)
khildebeidel@cgd-law.com

(VERIFICATION ON FOLLOWING PAGE)

## VERIFICATION

The undersigned, having read and understood the allegations set forth in the Complaint and the Exhibits thereto, does hereby swear, under penalty of perjury, that the facts recited and exhibits attached are true and accurate to the best of affiant's knowledge and belief.

LENDTERRA, INC.

By: _____

Title: __PRESIDENT__

State of: __Arizona__

City/ County __Maricopa__

Personally appeared before me this __5th__ day of August, 2020, __David Crantz__ as __President__ of LendTerra, Inc., who, being personally known to me or having produced satisfactory evidence of identity, and being duly sworn, stated that they are authorized to make these statements on behalf of LendTerra, Inc. and the facts recited and exhibits attached are true and accurate to the best of affiant's knowledge and belief.

(SEAL)

_____
Notary

My commission expires: __7/31/2023__

Registration No. __567982__



# June 15, 2020

## Brian Davis

### AND

### First Title Inc.

### ESCROW AGREEMENT


BKD


1980 Festival Plaza Dr.
Las Vegas, Nevada 89135

ESCROW AGREEMENT | Brian Davis

10/1/2019